# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BRETT C. FERREL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: |
| ) | 2:16-cv-1118-JEO |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

A joint stipulation of dismissal with prejudice has been filed in this action, signed by counsel for all parties who have appeared. (Doc. 16). *See* FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees. The Clerk is **DIRECTED** to close the file.

**DONE**, this 16th day of February, 2017.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge